

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-35,575-26 AND WR-35,575-27

**EX PARTE JAMES WESLEY MCCARTNEY, Applicant**

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. CR92-0532-A-W-9 AND CR92-0533-A-W-9
### IN THE 51ST DISTRICT COURT FROM TOM GREEN COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and aggravated kidnapping and sentenced to imprisonment.

In his present applications, Applicant raises several grounds. The applications, however, present a more serious question. This Court's records reflect that Applicant has filed many prior habeas applications pertaining to these convictions. It is obvious from the record that Applicant continues to raise issues that have been presented and rejected in previous applications or that should

have been presented in previous applications. The writ of habeas corpus is not to be lightly or easily abused. *Sanders v. U.S.*, 373 U.S. 1 (1963); *Ex parte Carr*, 511 S.W.2d 523 (Tex. Crim. App. 1974). Because of his repetitive claims, we hold that Applicant's claims are barred from review under Article 11.07, § 4, and are waived and abandoned by his abuse of the writ. These applications are dismissed.

Therefore, we instruct the Clerk of the Court of Criminal Appeals not to accept or file the instant applications for writs of habeas corpus, or any future application pertaining to these convictions unless Applicant is able to show in such an application that any claims presented have not been raised previously and that they could not have been presented in a previous application for a writ of habeas corpus. *Ex parte Bilton*, 602 S.W.2d 534 (Tex. Crim. App. 1980).

Copies of this order shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.


Filed: April 3, 2019
Do not publish